UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1043

JOSHUA SAMUEL,

Plaintiff - Appellant,

versus

SUPERIOR MACHINE COMPANY OF SOUTH CAROLINA,
INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(CA-02-1971-4-27)

Submitted:  November 28, 2005      Decided:  December 16, 2005

Before NIEMEYER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chalmers C. Johnson, CHALMERS JOHNSON LAW FIRM, Charleston, South
Carolina, for Appellant. Mark W. Buyck, III, WILLCOX, BUYCK &
WILLIAMS, P.A., Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joshua Samuel appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action alleging employment discrimination under 42 U.S.C. § 1981 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Samuel v. Superior Machine Co., No. CA-02-1971-4-27 (D.S.C. filed Nov. 16, 2004 & entered Nov. 18, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED